NUMBER 13-06-375-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


ANTON S. HALEY, Appellant,


v.



PATRICIA AND KEVIN HARPER, Appellees.

___________________________________________________________________


On appeal from County Court at Law No. 5 


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, ANTON S. HALEY, perfected an appeal from a judgment entered by
County Court at Law No. 5 of Nueces County, Texas, in cause number 06-6150000-5. After the notice of appeal was filed, the parties filed an agreed motion to dismiss
the appeal. The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed 
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this 8th day of February, 2007.